**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**William Jennings HARRISON, Defendant-
Appellant.**

No. 71-1563
**Summary Calendar.\***

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 1971.

J. Kennedy Hutcheson, Jacksonville,
Fla. (Court-appointed), for defendant-
appellant.

John L. Briggs, U. S. Atty., Aaron K.
Bowden, Asst. U. S. Atty., Jacksonville,
Fla., for plaintiff-appellee.

Before COLEMAN, SIMPSON, and
MORGAN, Circuit Judges.

PER CURIAM:

■ William Jennings Harrison was
convicted by a jury of the interstate

* [1] Rule 18, 5th Cir.; See Isbell Enter-
prises, Inc. v. Citizens Casualty Co. of
New York et al., 5 Cir., 1970, 431 F.2d
409, Part I.

transportation of a stolen motor vehicle
from Richmond, Kentucky to Jackson-
ville, Florida, in violation of 18 U.S.C.
§ 2312. Upon review of the record and
briefs we find the evidence sufficient to
support the conviction and that no re-
versible error infected the proceedings
below.

Affirmed.